**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIC LAMAR FALLS,<br><br>    Petitioner - Appellant,<br><br>    v.<br><br>DENNIS SMITH, Warden,<br><br>    Respondent - Appellee. | No. 07-55828<br><br>D.C. No. CV-05-08005-AHS<br><br>MEMORANDUM [*] |

Appeal from the United States District Court
for the Central District of California
Alicemarie H. Stotler, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Federal prisoner Eric Lamar Falls appeals pro se from the district court's

judgment dismissing his 28 U.S.C. § 2241 habeas petition challenging the legality

of his sentence.  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AH/Research

Falls contends that 28 U.S.C. § 2255 is an inadequate or ineffective means for raising his claim, entitling him to pursue his claim under 28 U.S.C. § 2241. The district court correctly determined that Falls failed to demonstrate that 28 U.S.C. § 2255 is "inadequate or ineffective" to test the legality of his detention. *See Lorentsen v. Hood*, 223 F.3d 950, 953 (9th Cir. 2000) (stating general rule that the unavailability of a second or successive petition does not itself make section 2255 inadequate or ineffective). Further, Falls has failed to demonstrate "actual innocence." *See id*. at 954.

Accordingly, the district court properly dismissed Falls' petition for lack of jurisdiction. *See Moore v. Reno*, 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (rejecting the use of § 2241 as substitute for a dismissed § 2255 motion).

**AFFIRMED.**